# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA      )

NORTHERN DISTRICT OF ILLINOIS      )     CASE NUMBER:   **08CR 0104**

The undersigned Affiant personally appeared before the Honorable Maria Valdez, a United States Magistrate Judge, and being duly sworn on oath, states: That at London, Kentucky, one Elio Lopez was charged with the violation of Title 21, United States Code, Sections 846 and 853 for the offense of Conspiracy to Possess With Intent to Distribute Cocaine, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an arrest warrant is outstanding for the arrest of said defendant. See Ex. A attached Indictment and Warrant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

Special Agent Eric McIntosh
Federal Bureau of Investigations

Subscribed and Sworn to before me this
4th day of February, 2008.

HON. MARIA VALDEZ
United States Magistrate Judge

# F I L E D

FEB 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Stephen P. Baker
Assistant United State's Attorney
Northern District Illinois

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

Eastern District of Kentucky
**FILED**

SEP 2 6 2007

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                              **SUPERCEDING INDICTMENT NO. 06-29-SSS-DCR**

**ELIO LOPEZ,**
        **aka BB,**
**ROY BRANHAM,**
**TERRY BRANHAM,**
**TINA MILLS, and**
**KATHY BRANHAM**

\* \* \* \* \*

**COUNT 1**
**21 U.S.C. § 846**

On or about a day in January 2002, the exact date unknown, and continuing

through on or about November 16, 2006, in Floyd, Knott, Johnson, and Pike Counties, in

the Eastern District of Kentucky, and elsewhere,

**ELIO LOPEZ,**
**aka BB,**
**ROY BRANHAM,**
**TERRY BRANHAM, and**
**KATHY BRANHAM**

did conspire together and with others to knowingly and intentionally distribute, and to

possess with intent to distribute, 5 kilograms or more of a mixture or substance containing

a detectable amount of cocaine, a Schedule II controlled substance, violations of

21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**GOVERNMENT EXHIBIT**
_A_

## COUNT 2
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about January 25, 2005, in Pike County, in the Eastern District of Kentucky,

**ROY BRANHAM and**
**TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about February 14, 2005, in Pike County, in the Eastern District of

Kentucky,

**ROY BRANHAM and**
**TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about March 30, 2005, in Pike County, in the Eastern District of Kentucky,

**ROY BRANHAM and**
**TERRY BRANHAM,**

2

aiding and abetting one another, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 5
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about May 26, 2005, in Pike County, in the Eastern District of Kentucky,

**ROY BRANHAM and**
**TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 6
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about December 14, 2005, in Pike County, in the Eastern District of Kentucky,

**ROY BRANHAM and**
**TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

3

## COUNT 7
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about December 21, 2005, in Pike County, in the Eastern District of

Kentucky,

**ROY BRANHAM and
TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 8
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about March 9, 2006, in Pike County, in the Eastern District of Kentucky,

**ROY BRANHAM and
TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 9
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about June 9, 2006, in Pike County, in the Eastern District of Kentucky,

**ROY BRANHAM and
TERRY BRANHAM,**

4

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 10
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about July 21, 2006, in Floyd County, in the Eastern District of Kentucky,

**ROY BRANHAM,**
**TERRY BRANHAM, and**
**KATHY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 11
**21 U.S.C. § 843(b)**
**18 U.S.C. § 2**

On or about July 24, 2006, at approximately 12:32 p.m., in Johnson County, in the

Eastern District of Kentucky,

**TERRY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

5

**COUNT 12**
**21 U.S.C. § 843(b)**
**18 U.S.C. § 2**

On or about July 24, 2006, at approximately 4:17 p.m., in Johnson County, in the

Eastern District of Kentucky,

**KATHY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

**COUNT 13**
**21 U.S.C. § 843(b)**
**18 U.S.C. § 2**

On or about July 29, 2006, in Johnson County, in the Eastern District of Kentucky,

**TERRY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

6

## COUNT 14
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about July 30, 2006, in Johnson County, in the Eastern District of Kentucky,

**TERRY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

## COUNT 15
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about August 9, 2006, at approximately 8:38 a.m., in Johnson County, in the

Eastern District of Kentucky,

**TERRY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

7

## COUNT 16
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about August 8, 2006, in Johnson County, in the Eastern District of

Kentucky,

**TERRY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

## COUNT 17
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about August 18, 2006, in Johnson County, in the Eastern District of

Kentucky,

**TERRY BRANHAM,**

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

8

## COUNT 18
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about August 20, 2006, in Johnson County, in the Eastern District of

Kentucky,

### TERRY BRANHAM,

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

## COUNT 19
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about August 21, 2006, in Johnson County, in the Eastern District of

Kentucky,

### TERRY BRANHAM,

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

9

## COUNT 20
### 21 U.S.C. § 843(b)
### 18 U.S.C. § 2

On or about August 25, 2006, in Johnson County, in the Eastern District of

Kentucky,

### TERRY BRANHAM,

aided and abetted by another, did knowingly and intentionally use a communication

facility, a telephone, in committing, causing and facilitating the commission of a violation

of 21 U.S.C. § 841(a)(1), distribution of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 843(b) and 18 U.S.C. § 2.

## COUNT 21
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about September 21, 2006, in Floyd County, in the Eastern District of

Kentucky,

### ROY BRANHAM and
### TERRY BRANHAM,

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

10

### COUNT 22
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about October 20, 2006, in Floyd County, in the Eastern District of

Kentucky,

**ROY BRANHAM and**
**TERRY BRANHAM,**

aiding and abetting one another, did knowingly and intentionally distribute a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### COUNT 23
**18 U.S.C. § 371**

On or about November 9, 2006, in Floyd County, in the Eastern District of

Kentucky,

**TINA MILLS**

knowingly and willfully did conspire with Pamela Justice to commit offenses against the

United States, that is, before, during, or after any search for or seizure of property by any

person authorized to make such search or seizure, they did knowingly attempt to transfer,

or otherwise take any action, for the purpose of preventing or impairing the Government's

lawful authority to take such property into its custody or control or to continue holding

such property under its lawful custody and control in violation of 18 U.S.C. § 2232(a).

11

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the defendants committed and caused to be committed one or more of the following overt acts in the Eastern District of Kentucky:

1.    On or about November 9, 2006, in Floyd County, Kentucky, Pamela Justice made application for a loan on her residence at 156 Old Maytown Hill, Langley, Kentucky, with Tina Mills, an officer of First Guaranty Bank of Martin, Kentucky, and a certificate of deposit in the amount of $25,000;

2.    On this same date, in Floyd County, Kentucky, Tina Mills, sent an appraiser to the residence of Pamela Justice to provide the bank with an appraisal of the property;

3.    On or about November 14, 2006, Pamela Justice faxed to Tina Mills documentation of her income, a 2005 Federal Tax return to be submitted to the Board of Directors of First Guaranty Bank in support of the loan application; and

4.    On or about November 15, 2006, Tina Mills completed the loan application and submitted same to the Board of Directors of First Guaranty Bank for approval.

All in violation of 18 U.S.C. § 371.

### COUNT 24
### 31 U.S.C. § 5324(a)(1)
### 18 U.S.C. § 2

On or about March 4, 2005, in Floyd County, in the Eastern District of Kentucky,

**TINA MILLS,**

12

as vice president and loan officer of First Guaranty Bank, a financial institution as defined

in 31 C.F.R. § 103.11(n), that is a commercial bank, aided and abetted by another, did

knowingly and for the purposes of evading the reporting requirements of 31 U.S.C. §

5313(a), and the regulations promulgated thereunder including 31 C.F.R. § 103.22, cause

or attempt to cause a domestic financial institution, to wit: First Guaranty Bank, to fail to

file a Currency Transaction Report (CTR), a report required under 31 U.S.C. § 5313(a)

and the regulations prescribed under any such section, including 31 C.F.R. § 103.22, with

respect to the following transaction: the deposit of an aggregate amount of currency

totaling $16,000, via three separate transactions, that were conducted on behalf of the

same person to wit; Pamela Justice on the same day; all in violation of 31 U.S.C. §

5324(a)(1), 31 C.F.R. § 103.22, and 18 U.S.C. § 2.

### COUNT 25
### 21 U.S.C. § 853

In committing the felony offense alleged in Count 1 of this indictment, punishable

by imprisonment for more than one year, the defendants,

**ELIO LOPEZ,**
**aka BB,**
**ROY BRANHAM,**
**TERRY BRANHAM,**
**KATHY BRANHAM**

used, and intended to use the below-described property to commit and facilitate the said

controlled substance violation, and the below described property constitutes and is

derived from proceeds obtained directly or indirectly as a result of the commission of the

13

aforesaid violations of 21 U.S.C. §§ 846 and 841(a)(1) including, but not limited to, the following:

### MONEY JUDGMENT

$1,000,000.00 (One Million Dollars), which sum represents the gross proceeds in aggregate obtained by the defendants as the result of the aforesaid violation, and for which the defendants are jointly and severally liable.

By virtue of the commission of the felony offense charged in Count 1 in this indictment by the above listed defendants, any and all interest the above listed defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

If any of the property listed above, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property in which the above defendants have an interest in, up to the value of the currency described above, including, but not limited to, any and all property listed in Counts 35 through 38, and any

14

other property of the defendants not specifically listed in the indictment.

**COUNT 26**
**21 U.S.C. § 853**

In committing the felony offenses alleged in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 21,

and 22 of this Indictment, and being punishable by imprisonment for more than one year,

**ROY BRANHAM** used, or intended to use, the below-described property to commit or

facilitate the said controlled substance violations, and the below-described property

constitutes and is derived from proceeds obtained directly or indirectly as a result of the

commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but

not limited to the following:

**CURRENCY:**

1) $200.00 in United States currency;
2) $1,400.00 in United States currency.

**VEHICLES:**

1)    2007 Toyota FJ Cruiser, SUV, silver in color, VIN #JTEBU11F97000839;
2)    2007 Rhino ATV, green in color, VIN unknown

**FIREARMS AND AMMUNITION:**

1)    Taurus revolver, serial #WL50706, with 5 rounds of 357 Magnum
      ammunition;
2)    Remington rifle, model 550-I, no serial number.

**ELECTRONIC/COMPUTER EQUIPMENT:**

Compaq CPU, Serial #CNH5060PPJ.

By virtue of the commission of the felony offense charged in this Indictment by the

15

defendant, **ROY BRANHAM**, any and all interest **ROY BRANHAM** has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

**COUNT 27**
**21 U.S.C. § 853**

In committing the felony offense alleged in Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22 of this Indictment, and being punishable by imprisonment for more than one year, **TERRY BRANHAM and KATHY BRANHAM** used, or intended to use, the below-described property to commit or facilitate the said controlled substance violations, and the below-described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846, including, but not limited to the following:

**CURRENCY/FINANCIAL ACCOUNTS:**
1) $7,500.00 in United States currency;
2) $384.00 in United States currency;
3) Certificate of Deposit #6502562655, in the amount of $5,129.59 from Community Trust Bank;
4) Savings Account #0500014256, in the amount of $11,001.04 from Family Bank.

**VEHICLES:**

1) 2004 Honda Rubicon TRX 500 FA4, 4 wheeler, red in color, VIN #478TE260144313051;
2) Kawasaki Mule 610, 4 wheeler, model #KAF400A, red in color, VIN #JK1AFEA195B506102;
3) 2001 Buick Regal, white in color, VIN #2G4WB55K111127191;

16

    4)    2000 Ford Ranger XLT, 4X4, white in color,  VIN #1FTZR15V7YPA95912.

**FIREARMS AND AMMUNITION:**

1)    Ruger, .22 target pistol, Serial #2251123;

2)    Smith and Wesson revolver, model 49, Serial #J834969;

3)    Taurus, model PT945, Serial #NWG93295;

4)    Highpoint rifle, model 995, Serial #A52676;

5)    New Haven .12 gauge shotgun, Serial #H023746

**ELECTRONIC/COMPUTER EQUIPMENT:**

1)    Dell Dimension CPU; Serial #3L3T081;
2)    Compaq Presario CPU, Serial #CNH5121B2R

By virtue of the commission of the felony offense charged in this Indictment by the defendants, **TERRY BRANHAM and KATHY BRANHAM**, any and all interest **TERRY BRANHAM and KATHY BRANHAM** have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

**AMUL R. THAPAR**
**UNITED STATES ATTORNEY**

17

## PENALTIES

### COUNT 1:

Not less than 10 years nor more than life imprisonment, not more than $4,000,000 fine, and not less than 5 years supervised release.

**If prior felony drug conviction:** Not less than 20 years nor more than life imprisonment, not more than $8,000,000 fine, and not less than 10 years supervised release.

**If two or more felony drug convictions:** Not less than life imprisonment without release and not more than $8,000,000 fine.

### COUNTS 2-10 and 21-22:

Not more than 20 years imprisonment, not more than $1,000,000 fine, and not less than 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, not more than $2,000,000 fine, and not less than 6 years supervised release.

### COUNTS 11-20:

Not more than 4 years imprisonment, not more than $250,000 fine, and not more than 1 year supervised release.

**If prior felony drug conviction:** Not more than 8 years imprisonment, not more than $250,000 fine, and not more 2 years supervised release.

### COUNTS 23 - 24:

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

### COUNTS 25 - 27:

Forfeiture of all listed assets.

**PLUS:**    Mandatory special assessment of $100 per felony count.

**PLUS:**    Restitution, if applicable.

18

No. 06-29-SSS-DCR

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

## UNITED STATES OF AMERICA

v.

**ELIO LOPEZ, aka BB,**
**ROY BRANHAM,**
**TERRY BRANHAM,**
**TINA MILLS, and**
**KATHY BRANHAM**

## INDICTMENT

21/846 - Conspiracy to Distribute Cocaine — 1 count
21/841(a)(1) & 18/2 - Aiding and Abetting and Intentionally Distributing Cocaine — 11 counts
21/843(b) & 18/2 - Aiding and Abetting and Intentional Use of Communication facility in the commission of a drug trafficking crime — 10 counts
18/371 - Conspiracy to Commit Offenses Against the United States — 1 count
31/5324(a)(1) and 18/2 - financial institution fraud — 1 count
21/853 - Forfeiture of listed assets — 3 counts

A TRUE BILL

mber 20, 200,

CLERK

Bail, $

ᴬAO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ KENTUCKY, SOUTHERN DIVISION AT PIKEVILLE

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number:  7:06-CR-29-SS-DCR

**ELIO LOPEZ a/k/a BB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **ELIO LOPEZ a/k/a BB** _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
21:846 Conspiracy to Possess With Intent to Distribute Cocaine
21:853 Forfeiture of listed assets

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846, 853 _____

Leslie G. Whitmer _____    Clerk
Name of Issuing Officer                            Signature of Issuing Officer

Jackie Brock _____    Deputy Clerk    5/24/2007 _____ at London, Kentucky
Title of Issuing Officer                     Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |