# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 104 | **DATE** | 2/4/2008 |
| **CASE TITLE** | USA vs. Elio Lopez | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 2/4/08 as to Elio Lopez. Defendant appears in response to the arrest on 2/4/08. Defendant informed of his rights. Enter order appointing Paul Flynn of the Federal Defender Program as counsel for defendant for the removal proceedings only. Government's oral motion to detain defendant is entered and continued to 2/7/08 at 10:00 a.m. Identity hearing set for 2/7/08 at 10:00 a.m. Defendant to remain in Federal Custody pending detention hearing. The removal proceeding is held under seal. Parties must request leave of Court for copies of Transcript of the removal proceeding held on 2/4/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|