## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 104 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Elio Lopez | | |

**DOCKET ENTRY TEXT**

Identity hearing held on 2/7/08 as to Elio Lopez. Witness testimony taken in open court. For the reasons stated in open court, the Court finds that Government has sufficiently establish the identity of Elio Lopez. Detention hearing held on 2/7/08. Government's oral motion to detain defendant is granted. Order defendant removed the Eastern District of Kentucky as soon as possible to face the charges there pending against him.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|