UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 104 |
| | ) | |
| ELIO LOPEZ | ) | Judge Valdez |

## ORDER OF DETENTION PENDING TRIAL

THIS CAUSE coming to be heard upon the government's motion to detain the defendant, Elio Lopez, pursuant to 18 U.S.C. § 3142, and this Court having reviewed and considered the evidence presented and having heard argument on this matter, the Court hereby finds:

1. On September 26, 2007, defendant Elio Lopez was indicted in the United States District Court for the Eastern District of Kentucky, Southern Division, Pikeville in Case No. 06 CR 29 for conspiring to distribute over 5 kilograms of cocaine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846. On the basis of the indictment, a warrant for Lopez's arrest was issued. On February 3, 2008, Lopez was arrested on the warrant by Chicago Police Officers.

2. The Court held a detention hearing on February 7, 2008, in which the Court considered the testimony of Jennifer Traud, a Special Agent with the Drug Enforcement Administration, and additional evidence by proffer. After considering the Pretrial Services report, the evidence presented by the parties, and the arguments presented by both sides, the Court finds that the following statutory factors enumerated in 18 U.S.C. § 3142(g) favor detaining defendant pending trial.

*Factor 1: The Nature and Circumstances of the Offense, and Weight of the Evidence.*

The nature and circumstances of the offense indicate that the defendant has been charged with a serious offense, namely, conspiring to distribute over 40 kilograms of cocaine. This Court has considered the indictment out of the Eastern District of Kentucky, the testimony presented in Court, and the proffered evidence and finds that Lopez is involved with the conspiracy.

Two of Lopez's co-conspirators have identified him from a photo line-up as a Chicago source of cocaine, the distribution of which is indicated to have totaled over 40 kilograms over 5 years. The

co-conspirators' identification is corroborated by their knowledge of Lopez's telephone number and agents' surveillance of the distribution of 2 kilograms of cocaine on one occasion. Conviction of the charges pending against Mr. Lopez carries a mandatory minimum sentence of 10 years in prison and a maximum sentence of life in prison. 21 U.S.C. § 841(b). The nature and circumstances of the offenses charged therefore weigh in favor of detention.

*Factor 2: History and Characteristics of Defendant.*

The history and characteristics of the defendant demonstrate that he is a risk of flight, and thus should remain in custody. Upon review of the Pretrial Services report, several factors weigh in favor of the defendant's detention on these grounds. Lopez cannot post money or property, nor can he provide another individual willing to post money or property for his bond. He was not completely forthcoming concerning his current residence, neither with the Pretrial Services officer nor with the officers of the Chicago Police Department. Also, Lopez possesses a valid passport. Additionally, he admits to regular marijuana use as recently as 3-days prior to his arrest, which is illegal and, in the scope of the charges Lopez faces in this case, shows poor judgment on his part. When taken together with the distance between the Eastern District of Kentucky Court and Lopez's residence in Chicago, Illinois, the Court holds that the defendant's history and characteristics pose a risk of flight and weigh in favor of his detention.

3.　Based upon the aforementioned factors and the weight of the presumption in favor of the requested detention dictated by the nature of the offense charged dictated by 18 U.S.C. § 3142(g), the Court holds that the defendant has failed to rebut the presumption and so is a risk of flight.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142, that defendant Elio Lopez be detained pending trial or other resolution of this matter.

IT IS FURTHER ORDERED that defendant shall be transferred to the appropriate facility to grant him access to the United States District Court for the Eastern District of Kentucky.

IT IS FURTHER ORDERED that defendant shall be provided reasonable access to counsel while confined.

ENTER:

Maria Valdez
United States Magistrate Judge

Dated: 2/8/08