UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
   **CLERK**

**OFFICE OF THE CLERK**
February 22, 2008

United States District Court
Eastern District of Kentucky
Office of the Clerk
United States Federal Courthouse,
1st Floor
310 South Main Street
London, KY 40741

**Re:  USA v. Elio Lopez - 08 CR 104**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 104 | _X_ Order of Removal dated: 2/7/08 | |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings | |
| _X_ Financial Affidavit | ___ Temporary Commitment | |
| _X_ Order appointing counsel | _X_ Order setting conditions of release | |
| ___ CJA 20 Form | _X_ Detention Order | |
| _X_ Appearance form | ___ Appearance Bond | |
| | ___ Other(see docket for entries): | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                      Sincerely yours,

                      Michael W. Dobbins, Clerk

                      by: _____
                        Marsha E. Glenn , Deputy Clerk