FILED
MAR 0 3 2008 AE
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
February 22, 2008

United States District Court
Eastern District of Kentucky
Office of the Clerk
United States Federal Courthouse,
1st Floor
310 South Main Street
London, KY 40741

Eastern District of Kentucky
**FILED**
FEB 27 2008
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Re:  USA v. Elio Lopez - 08 CR 104

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,
     Case No.: 08 CR 104

_X_ Order of Removal dated: 2/7/08

_X_ Affidavit in Removal

____ Final Commitment Proceedings

_X_ Financial Affidavit

____ Temporary Commitment

_X_ Order appointing counsel

_X_ Order setting conditions of release

____ CJA 20 Form

_X_ Detention Order

_X_ Appearance form

____ Appearance Bond

____ Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk

Received by:  U.S. District Court, Southern Division at Pikeville

Date Received:  February 27, 2008

Signed: _____