| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Elaine H Morgan_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: 08 CR 104<br><br>United States District Court<br>Eastern District of Kentucky<br>Office of the Clerk<br>United States Federal Courthouse,<br>1st Floor<br>310 South Main Street<br>London, KY 40741 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08 CR 104<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 6423 |

PS Form 3811, February 2004    Domestic Return Receipt    102595

FILED

MAR 4 2008 YM
Mar 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT